CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
RYAN KADEVARI, Bar No. 302957
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  clozano@unioncounsel.net
          tmainguy@unioncounsel.net
          rkadevari@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERLINE STRIPING COMPANY, INC.,<br><br>Defendant. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |

Plaintiffs complain of Defendant, and for cause of action allege:

**JURISDICTION AND INTRADISTRICT ASSIGNMENT**

**I.**

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this district
2  court since contributions are due and payable in the County of San Francisco.  Therefore,
3  intradistrict venue is proper.

## PARTIES

### II.

At all times material herein, Plaintiffs The Board of Trustees were Trustees of the Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund"); Laborers Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund"); Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Training Fund," together with the Welfare Fund, Vacation Fund, and Pension Fund, collectively referred to as "Trust Funds").  At all times material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).  Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements.  All of the above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs."

### III.

At all times material herein, Centerline Striping Company, Inc. (hereinafter referred to as "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

//
//
//
//

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

At all relevant times, Defendant was signatory and bound to a written collective bargaining agreement with the Northern California District Council of Laborers (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185). Defendant signed a Power of Attorney with Engineering & Utility Contractors Association (hereinafter "EUCA"), now doing business as United Contractors, and by virtue of such Power of Attorney, became subject to all the terms and conditions of the United Contractors/ Laborers Master Traffic Control & Highway Improvement Agreement for Northern California (hereinafter "Master Agreement" or "Agreement"). A true and correct copy of said Master Agreement is attached hereto as **Exhibit "A"** and a true and correct copy of the Power of Attorney is attached hereto as **Exhibit "B"**, both of which are incorporated by reference herein. The Master Agreement by its terms incorporates the various Trust Agreements establishing each of the Trust Funds. By said Master Agreement, Employer promised that it would contribute and pay to Plaintiffs the hourly amounts required by said Agreements for each hour paid for or worked by any of its employees who performed any work covered by said Agreements, and that it would be subject to and bound by all of the terms.

### V.

The Agreements provide for prompt payments of all employer contributions to the various Trust Funds and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds in the event of a breach by the employer where it would have been impracticable or extremely difficult to ascertain the losses to the Trust Funds. The Agreements also provide for the payment of interest on all delinquent contributions, attorneys' fees, other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the Agreements and law.

//
//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT BASED ON AUDIT)**

**VI.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**VII.**

Pursuant to the Agreements, an audit of the books and records of Defendant for the period of October 2015 thru December 2017 was conducted, which revealed that fringe benefit contributions to the Trust Funds have not been submitted as required by said Agreements.

**VIII.**

Demand has been made of Defendant for payment of the amounts determined to be due and owing pursuant to the audit. To date, Defendant has refused to pay such amounts and there is now due, owing and unpaid to Plaintiffs Trust Funds from Defendant, fringe benefits contributions in the amount of $194,274.47, liquidated damages and interest in the amount of at least $49,852.71 in relation to such unpaid contributions which have not been submitted to the Trust Funds as required by said Agreements.

**IX.**

Plaintiffs are the intended third-party beneficiaries of the Master Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Master Agreement.

**X.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

**XI.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

## SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)

**XII.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

**XIII.**

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Agreements, and have caused Plaintiffs actual damages in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF
### (AUDIT)

**XIV.**

Plaintiffs incorporate and reallege by reference all the allegations stated above.

**XV.**

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiffs pray judgment against Defendant, Legend Theatrical, Inc., as follows:

1. That Defendant be ordered to pay contributions in the amount of $194,274.47, liquidated damages and interest in the amount of at lease $49,852.71 in relation to such unpaid contributions; based on the audit of Defendant's books and records;

2. That Defendant be ordered to pay actual damages according to proof;

3. That Defendant be compelled to submit to an audit by Plaintiffs;

4. That this Court issue an Order permanently enjoining Defendant, for so long as it remains obligated to contribute to the Trust Funds, from failing to timely submit required monthly contributions reports and payments as required by the terms of the Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

5. That Defendant be ordered to pay Plaintiffs' attorneys' fees;

6. That Defendant be ordered to pay costs of suit herein; and

//

//

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

7. That the Court grants such further relief as this Court deems just and proper.

Dated: February 6, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Tracy L. Mainguy*
TRACY L. MAINGUY
Attorneys for Plaintiffs

147016\1009117

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

6
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.